IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                          NO. 4:05CR00141 GH

ERIC LLOYD TYLER,
RUTHIE MAE LITTLES, and
CHANGUS LEON BELL

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This matter came before the Court on the Motion of the United States to amend the Preliminary Order of Forfeiture entered on July 31, 2006, to include the forfeiture of $22,865.00 in U. S. Currency and to forfeit the interests of defendant Changus Leon Bell in the currency.

1. The defendant, Changus Leon Bell, pled guilty to Count 1 of the Indictment and agreed to forfeit his interests in the currency on August 31, 2006.

2. The United States requests that all of the above-stated defendants, ERIC LLOYD TYLER, RUTHIE MAE LITTLES, and CHANGUS LEON BELL shall forfeit to the United States the following:

**$22,865.00 in U. S. Currency**

WHEREFORE, the Preliminary Order of Forfeiture that was entered on July 31, 2006, is amended to include the forfeiture of $22,865.00 in U. S. Currency and to include the forfeiture of the interests of defendant Changus Leon Bell in the currency.  The United States shall have clear title to the property set forth above following the Court's disposition of all third-party

interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

IT IS SO ORDERED this 7th day of September, 2006.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE